**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **HAOB Horizontal Drilling, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  HAOB Investments LLC** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1755834** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11184 NW 73rd Street**<br>**Miami, FL 33178**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade**<br>County | **Location of principal assets, if different from principal place of business**<br>**557 Construction Lane Lehigh Acres, FL 33936**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **HAOB Horizontal Drilling, LLC**                                        Case number *(if known)* _____
<br>Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
<br>☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **HAOB Horizontal Drilling, LLC**                                    Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **HAOB Horizontal Drilling, LLC**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | HAOB Horizontal Drilling, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 19, 2024**
                 MM / DD / YYYY

X **/s/ Otoniel A. Pinho**                          **Otoniel A. Pinho**
Signature of authorized representative of debtor    Printed name

Title    **President**


**18. Signature of attorney**

X **/s/ Timothy S. Kingcade**                       Date    **July 19, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Timothy S. Kingcade 082309**
Printed name

**Kingcade, Garcia & McMaken, P.A.**
Firm name

**1370 Coral Way**
**Miami, FL 33145**
Number, Street, City, State & ZIP Code

Contact phone    **305-285-9100**        Email address    **scanner@miamibankruptcy.com**

**082309 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **HAOB Horizontal Drilling, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 19, 2024__        X /s/ Otoniel A.  Pinho
_____
Signature of individual signing on behalf of debtor

**Otoniel A.  Pinho**
_____
Printed name

**President**
_____
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **HAOB Horizontal Drilling, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Bank Attn: Bankruptcy 6985 Union Park Center #435 Midvale, UT 84047** | | **2022 Ram 3500 VIN # 3C63RRGL7NG244813** | | $58,885.89 | $31,000.00 | $27,885.89 |
| **APFP Proprieties LLC 828 Keaton Parkway Ocoee, FL 34761** | | **Commercial Loan** | Unliquidated | | | $31,000.00 |
| **Bank of the West POB 4002 Concord, CA 94524-4002** | | **Ditch Witch Industrial Drill** | | $159,678.22 | $0.00 | $159,678.22 |
| **Blue Streak LLC 12595 SW 137 Avenue, Ste 208 Miami, FL 33186** | | **Industrial Equipment Financing** | | $168,501.87 | $0.00 | $168,501.87 |
| **Brian A. Christie 16586 SW 71st Terrace Miami, FL 33193** | | **Shareholder loan to the business** | Unliquidated | | | $50,000.00 |
| **Chrysler Capital POB 660647 Dallas, TX 75266** | | **2022 Chrysler Pacifica (Lease) VIN # 2C4RC1N77NR232179** | | $73,355.82 | $34,000.00 | $39,355.82 |
| **Chrysler Capital POB 660647 Dallas, TX 75266** | | **2021 Dodge TR Ram 3500 VIN # 3C63RRGL0MG644050** | | $36,250.85 | $0.00 | $36,250.85 |
| **Ditch Witch Financial Services P.O. Box 7167 Pasadena, CA 91109** | | **Ditch Witch JT20 Horizontal Drill** | | $220,124.00 | $0.00 | $220,124.00 |

| Debtor | **HAOB Horizontal Drilling, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fox Funding Group LLC 803 S 21st Avenue Hollywood, FL 33020** | | **Security Interest in Debtor's Accounts Receivable** | | $32,305.04 | $0.00 | $32,305.04 |
| **GM Financial POB 1510 Cockeysville, MD 21030** | | **2021 Chevy Silverado VIN # 1HTKHPVKXMH591520** | | $67,572.17 | $23,000.00 | $44,572.17 |
| **GM Financial POB 1510 Cockeysville, MD 21030** | | **2022 Chevy Silverado VIN # 1HTKHPVK4NH629311** | | $68,534.13 | $26,000.00 | $42,534.13 |
| **GM Financial POB 1510 Cockeysville, MD 21030** | | **2022 Chevy Silverado VIN # 1HTKHPVK2NH646785** | | $79,009.76 | $26,000.00 | $53,009.76 |
| **Incatatem Corporation 5225 Collins Ave #1021 &1019 Miami Beach, FL 33140** | | **Loan** | | | | $200,000.00 |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | | **2023 Tax Liability** | | | | $51,632.00 |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | | **2022 Tax Liability** | | | | $37,760.00 |
| **LG Funding, LLC 1218 Union St Brooklyn, NY 11225** | | **Security Interest in Debtor's Accounts Receivable** | | $32,417.50 | $0.00 | $32,417.50 |
| **Magic 10X LLC c/o Alexandre Franklin Bueno 828 Keaton Parkway Ocoee, FL 34761** | | **Commercial Loan** | **Unliquidated** | | | $320,000.00 |

Debtor    **HAOB Horizontal Drilling, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Midway Drive, LLC 48 Sharon Circle Osterville, MA 02655** | | **Loan** | | | | **$65,000.00** |
| **Oakwell Investments Inc. c/o The Corporate Secretary Limited Whitepark House Whitepark Road, Bridgetown, Barbados Barbados** | | **Commerical Loan** | **Unliquidated** | | | **$105,000.00** |
| **Tesla Corporate Headquarters 3500 Deer Creek Road Palo Alto, CA 94304** | | **Tesla Model X Automobile** | | **$120,529.82** | **$0.00** | **$120,529.82** |

**Fill in this information to identify the case:**

Debtor name    **HAOB Horizontal Drilling, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................................... $ _____ **0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................ $ _____ **1,595,296.77**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.......................................................................... $ _____ **1,595,296.77**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ **1,165,505.92**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____ **137,866.23**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ _____ **816,891.45**

4.  Total liabilities ..............................................................................................
    Lines 2 + 3a + 3b    $ _____ **2,120,263.60**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name      **HAOB Horizontal Drilling, LLC** | |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank (opened 5/29/24)** | **Checking** | **5293** | **$6,785.68** |
| 3.2. | **Wells Fargo Bank (opened 5/29/24)** | **Checking** | **5343** | **$5,282.49** |
| 3.3. | **Wells Fargo Bank (opened 5/29/24)** | **Checking** | **5376** | **$4,943.07** |
| 3.4. | **Wells Fargo Bank (acct has a negative balance)** | **Checking** | **1545** | **$0.00** |
| 3.5. | **Wells Fargo Bank (acct has a negative balance)** | **Checking** | **1537** | **$0.00** |
| 3.6. | **Wells Fargo Bank (acct has a negative balance)** | **Checking** | **5125** | **$0.00** |

Debtor    **HAOB Horizontal Drilling, LLC**    Case number *(If known)* _____
_____
Name

| 3.7. | Chase Bank | Checking | 6991 | $52,165.74 |

---

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $69,176.98 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

Debtor   **HAOB Horizontal Drilling, LLC**                                                Case number *(If known)* _____
          Name

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1.   **---Trailers**
            **2023 FELLING 24 FT - Vin # 10417**
            **2022 GROUPL - Vin # 35001**
            **2022 GROUPL - Vin # 35004**
            **2022 GROUPL  - Vin # 35005**
            **2022 GROUPL - Vin # 35007**
            **2022 HMDE - Vin # 60313**
            **DUMP TRAILER - Vin # 95055**              **$47,110.00**    **Liquidation**              **$47,110.00**

    47.2.   **---Vehicles**
            **Alfa Romeo - Vin # 66712**
            **Tesla Model X - Vin # 73700**
            **Chrysler Pacifica - Vin # 32179**
            **Chevy Silverado - Vin # 29311**
            **Chevy Silverado - Vin # 46785**
            **Chevy Silverado - Vin # 91520**
            **RAM 3500 - Vin # 44050**
            **RAM 3500 - Vin # 44813**                  **$584,795.57**   **Liquidation**             **$584,795.57**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**                                                                          **$631,905.57**

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☒ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☒ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **HAOB Horizontal Drilling, LLC**                          Case number *(If known)* _____
                Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** **Commercial General Liability** **Kinsale Insurance Company** **Policy # IMS4821624** **Coverage Limit : $ 1,000,000** **No cash surrender value** | **$0.00** |
|  | **Umbrella Liability** **Kinsale Insurance Company** **Policy # IMS4824751** **Coverage Limit: $ 5,000,000** **No cash surrender value** | **$0.00** |
|  | **Workers' Compensation and Employers' Liability** **Omega Insurance Solutions** **Policy # 10666403-2022** **Coverage Limit: $1,000,000** **No cash surrender value** | **$0.00** |
|  | **Commercial Vehicle Liability** **Natioinal General Insurance Company** **Policy # 2023959368** **Coverage Limit :** **Bodily Injury  - $10,000/person and $20,000/accident** **Property Damage - $10,000/accident** **PIP - $10,000 w/ work comp** **No cash surrender value** ----------------------------- **Vehicles Covered:** **2021 RAM 3500 Tradesman - Vin # 4050** **2021 Chevy Silverado - Vin # 1520** **2022 RAM 3500 Tradesman - Vin # 4813** **2022 Chey Silverado - Vin # 6785** **2022 Chevy Silverado - Vin # 9311** | **$0.00** |
|  | **Automobile Liability** **GEICO** **Policy # 6169-65-50-21/54016** **Coverage Limit :** **Bodily Injury and PIP** **No cash surrender value** ------------------------- **Vehicle Covered:** **2023 Tesla Model X - Vin # 3700** | **$0.00** |

74.     **Causes of action against third parties (whether or not a lawsuit**

Debtor    **HAOB Horizontal Drilling, LLC**                          Case number *(If known)* _____
         Name

         **has been filed)**

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Loan to Shareholder - Otoniel A. Pinho** | **$894,214.22** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$894,214.22** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

         ■ No
         ☐ Yes

Debtor  **HAOB Horizontal Drilling, LLC**                                    Case number *(If known)* _____
        _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $69,176.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $631,905.57 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $894,214.22 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,595,296.77 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,595,296.77 |

Fill in this information to identify the case:

Debtor name    **HAOB Horizontal Drilling, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **Ally**
Creditor's Name

**POB 380902**
**Minneapolis, MN 55438**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5710**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Alfa Romero Giulia**
**VIN # ZARFAMBN0P7666712**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$37,486.94**    Column B: **$21,500.00**

**2.2** **Ally Bank**
Creditor's Name

**Attn: Bankruptcy**
**6985 Union Park Center #435**
**Midvale, UT 84047**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5818**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2022 Ram 3500**
**VIN # 3C63RRGL7NG244813**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$58,885.89**    Column B: **$31,000.00**

Debtor  **HAOB Horizontal Drilling, LLC**
     Name                                      Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of the West** | Describe debtor's property that is subject to a lien | $159,678.22 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**POB 4002**
**Concord, CA 94524-4002**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5125**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Ditch Witch Industrial Drill**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Blue Streak LLC** | Describe debtor's property that is subject to a lien | $168,501.87 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**12595 SW 137 Avenue, Ste
208**
**Miami, FL 33186**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5834**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Industrial Equipment Financing**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Chrysler Capital** | Describe debtor's property that is subject to a lien | $73,355.82 | $34,000.00 |
|---|---|---|---|---|

Creditor's Name

**POB 660647**
**Dallas, TX 75266**

Creditor's mailing address

**2022 Chrysler Pacifica (Lease)**
**VIN # 2C4RC1N77NR232179**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**

■ No

---

| Debtor | HAOB Horizontal Drilling, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3343**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Chrysler Capital** |
|---|---|
| | Creditor's Name |

**POB 660647**
**Dallas, TX 75266**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0683**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Dodge TR Ram 3500**
**VIN # 3C63RRGL0MG644050**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,250.85          $0.00

---

| 2.7 | **Ditch Witch Financial Services** |
|---|---|
| | Creditor's Name |

**P.O. Box 7167**
**Pasadena, CA 91109**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4026**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Ditch Witch JT20 Horizontal Drill**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$220,124.00          $0.00

---

Debtor  **HAOB Horizontal Drilling, LLC**
_____
Name

Case number (if known) _____

| 2.8 | **Fox Funding Group LLC** | Describe debtor's property that is subject to a lien | $32,305.04 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**803 S 21st Avenue
Hollywood, FL 33020**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Security Interest in Debtor's Accounts Receivable**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5834**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **GM Financial** | Describe debtor's property that is subject to a lien | $79,009.76 | $26,000.00 |
|---|---|---|---|---|

Creditor's Name

**POB 1510
Cockeysville, MD 21030**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Chevy Silverado
VIN # 1HTKHPVK2NH646785**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5085**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **GM Financial** | Describe debtor's property that is subject to a lien | $68,534.13 | $26,000.00 |
|---|---|---|---|---|

Creditor's Name

**POB 1510
Cockeysville, MD 21030**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Chevy Silverado
VIN # 1HTKHPVK4NH629311**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3593**

---

Debtor **HAOB Horizontal Drilling, LLC**
_____
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>1 | **GM Financial**<br>_____<br>Creditor's Name<br><br>**POB 1510**<br>**Cockeysville, MD 21030**<br>_____<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**3618**<br><br>**Do multiple creditors have an interest in the same property?**<br><br>☑ No<br><br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2021 Chevy Silverado**<br>**VIN # 1HTKHPVKXMH591520**<br>_____<br><br>Describe the lien<br>**Security Interest**<br>_____<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67,572.17 | $23,000.00 |
|---|---|---|---|

---

| 2.1<br>2 | **LG Funding, LLC**<br>_____<br>Creditor's Name<br><br>**1218 Union St**<br>**Brooklyn, NY 11225**<br>_____<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**5834**<br><br>**Do multiple creditors have an interest in the same property?**<br><br>☑ No<br><br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Security Interest in Debtor's Accounts Receivable**<br>_____<br><br>Describe the lien<br>**Security Interest**<br>_____<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,417.50 | $0.00 |
|---|---|---|---|

---

| 2.1<br>3 | **Teletrac Navman**<br>_____<br>Creditor's Name<br><br>**310 Commerce, Ste 100**<br>**Irvine, CA 92602** | Describe debtor's property that is subject to a lien<br>**Equipment Purchase/Subscription Service** | $607.00 | $0.00 |
|---|---|---|---|

---

Debtor  **HAOB Horizontal Drilling, LLC**
_____
Name                                                    Case number (if known) _____

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Security Interest**<br>_____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**5834** | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |

---

| 2.1 4 | **Tesla Corporate**<br>**Headquarters** | **Describe debtor's property that is subject to a lien** | $120,529.82 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3500 Deer Creek Road**
**Palo Alto, CA 94304**

| | |
|---|---|
| Creditor's mailing address | **Tesla Model X Automobile**<br>_____ |
| | **Describe the lien**<br>**Security Interest**<br>_____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**6124** | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |

---

| 2.1 5 | **Underground Magnetics,**<br>**Inc.** | **Describe debtor's property that is subject to a lien** | $10,246.91 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5401 NW  Beaver Drive**
**Johnston, IA 50131**

| | |
|---|---|
| Creditor's mailing address | **Equipment Purchase**<br>_____ |
| | **Describe the lien**<br>**Security Interest**<br>_____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**7855** | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor **HAOB Horizontal Drilling, LLC**
_____
Name

Case number (*if known*) _____

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,165,505.92** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name    **HAOB Horizontal Drilling, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,264.72 | $21,264.72 |
| Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employer's Re-employment Tax (1st Qtr 2024)** | | |
| Last 4 digits of account number **1368**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,625.14 | $18,625.14 |
| Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employer's Re-employment Tax (2nd Qtr 2024)** | | |
| Last 4 digits of account number **1368**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **HAOB Horizontal Drilling, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Florida Department Of Revenue**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399-0110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,584.37** | **$8,584.37** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Florida Corporate Income Tax** | | |
| | Last 4 digits of account number **5834**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,760.00** | **$27,712.28** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**2022 Tax Liability** | | |
| | Last 4 digits of account number **5834**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$51,632.00** | **$4,125.86** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**2023 Tax Liability** | | |
| | Last 4 digits of account number **5834**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**POB 6031**<br>**Carol Stream, IL 60197-6031** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$12,216.09** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2007** | Basis for the claim: **Charge Account**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Andre Costa**<br>**18357 Mowry Court**<br>**Orlando, FL 32824** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5103** | Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **HAOB Horizontal Drilling, LLC**                                    Case number (if known) _____
_____
          Name

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,000.00** |
|---|---|---|---|

**APFP Proprieties LLC**
**828 Keaton Parkway**
**Ocoee, FL 34761**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5834__

**Basis for the claim:** __Commercial Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Brian A. Christie**
**16586 SW 71st Terrace**
**Miami, FL 33193**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5834__

**Basis for the claim:** __Shareholder loan to the business__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16.38** |
|---|---|---|---|

**Central Florida Expressway Authority**
**Violation Enforcement Section**
**PO Box 585070**
**Orlando, FL 32858**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __08/04/2024__

**Last 4 digits of account number** __9774__

**Basis for the claim:** __Expressway Toll Violation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,206.29** |
|---|---|---|---|

**Chrysler Capital**
**POB 660325**
**Dallas, TX 75266**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __0331__

**Basis for the claim:** __Deficiency Claim for Repossessed Vehicle__
__2021 Dodge TR Ram 2500 PIC__
__Vin# 3C6UR5CL0MG583978__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Incatatem Corporation**
**5225 Collins Ave #1021 &1019**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __6100__

**Basis for the claim:** __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600.00** |
|---|---|---|---|

**Lakeview Village II, LLC**
**557 Construction Lane**
**Lehigh Acres, FL 33936**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5834__

**Basis for the claim:** __Monthly Rent for Leased Parking Space__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Lieberman Klestzick LLP**
**POB 356**
**Cedarhurst, NY 11516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5834__

**Basis for the claim:** __Attorney for Fox Funding Group LLC__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **HAOB Horizontal Drilling, LLC**
_____
Name

Case number (if known) _____

---

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Linebarger Goggan Blair & Sampson LLP**<br>**5850 T. G. Lee Boulevard, Suite 310**<br>**Orlando, FL 32822-4409** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$1,037.86** |
|---|---|---|---|

Date(s) debt was incurred ___

Last 4 digits of account number  **9901**

Basis for the claim: **Collection Agent for Florida Sunpass Toll Enforcement Invoice**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Magic 10X LLC**<br>**c/o Alexandre Franklin Bueno**<br>**828 Keaton Parkway**<br>**Ocoee, FL 34761** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$320,000.00** |
|---|---|---|---|

Date(s) debt was incurred ___

Last 4 digits of account number  **5834**

Basis for the claim: **Commercial Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Midway Drive, LLC**<br>**48 Sharon Circle**<br>**Osterville, MA 02655** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$65,000.00** |
|---|---|---|---|

Date(s) debt was incurred ___

Last 4 digits of account number  **1003**

Basis for the claim: **Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Oakwell Investments Inc.**<br>**c/o The Corporate Secretary Limited**<br>**Whitepark House**<br>**Whitepark Road, Bridgetown, Barbados**<br>**Barbados** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$105,000.00** |
|---|---|---|---|

Date(s) debt was incurred ___

Last 4 digits of account number  **5834**

Basis for the claim: **Commerical Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Sunpass**<br>**c/o Florida Department of Transportation**<br>**P.O. Box 31241**<br>**Tampa, FL 33631** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$887.53** |
|---|---|---|---|

Date(s) debt was incurred **4/28/2024**

Last 4 digits of account number  **1014**

Basis for the claim: **FL Sunpass Toll Enforcement Invoice**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Sunpass**<br>**c/o Florida Department of Transportation**<br>**P.O. Box 31241**<br>**Tampa, FL 33631** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$1,389.11** |
|---|---|---|---|

Date(s) debt was incurred **05/22/2024**

Last 4 digits of account number  **0543**

Basis for the claim: **FL Sunpass Toll Enforcement Invoice**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Sunpass**<br>**c/o Florida Department of Transportation**<br>**P.O. Box 31241**<br>**Tampa, FL 33631** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$1,252.82** |
|---|---|---|---|

Date(s) debt was incurred ___

Last 4 digits of account number  **9901**

Basis for the claim: **FL Sunpass Toll Enforcement Invoice**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **HAOB Horizontal Drilling, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86.30** |

**Sunpass**
**c/o Florida Department of Transportation**
**P.O. Box 31241**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/01/2024**

Basis for the claim:  **FL Sunpass Toll Enforcement Invoice**

Last 4 digits of account number  **8790**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22.96** |

**Sunpass**
**c/o Florida Department of Transportation**
**P.O. Box 31241**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/01/2024**

Basis for the claim:  **FL Sunpass Toll Enforcement Invoice**

Last 4 digits of account number  **9708**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,153.52** |

**Sunpass**
**c/o Florida Department of Transportation**
**P.O. Box 31241**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/02/2024**

Basis for the claim:  **FL Sunpass Toll Enforcement Invoice**

Last 4 digits of account number  **1014**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.59** |

**Tampa-Hillsborough Expressway Authority**
**P.O. Box 947460**
**Atlanta, GA 30394**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/31/2024**

Basis for the claim:  **Expressway Toll Violation**

Last 4 digits of account number  **2137**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 137,866.23 |
| 5b. Total claims from Part 2 | 5b. + | $ | 816,891.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 954,757.68 |

**Fill in this information to identify the case:**

Debtor name    **HAOB Horizontal Drilling, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement JT20B-40 HDX Drill FM13 Mising System 500 Gal Marksman Locator M17 Beacon 2021 Felling 24 ft. Trailer 2550GR GPR Unit** | |
|     State the term remaining | **20 months** | |
|     List the contract number of any government contract | | **Blue Streak LLC** **12595 SW 137 Avenue, Ste 208** **Miami, FL 33186** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor agreement** | |
|     State the term remaining | **On-going/Auto renewal** | **Blue Streak, LLC** **d/b/a Blue Streak Telecommunications LLC** **12595 SW 137 Avenue, Ste 208** **Miami, FL 33186** |
|     List the contract number of any government contract | | |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Automobile lease for 2022 Chrysler Pacifica** | |
|     State the term remaining | **23 months** | **Chrysler Capital** **POB 660325** **Dallas, TX 75266** |
|     List the contract number of any government contract | | |

Debtor 1    **HAOB Horizontal Drilling, LLC**                                Case number (*if known*) _____

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Indemnity Agreement - contract to indemnify a business investor who provided capital to the business and signed as guarantor for the purchase of the business equipment** | |
| | State the term remaining | **On-going** | **Genesis North America, LLC c/o Dante Augusto Baldassari de Carvalho 8012 NW 68th Street Miami, FL 33166** |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Parking Lease Agreement** | |
| | State the term remaining | **On-going** | **Lakeview Village II, LLC 6747 Plantation Manor Loop Fort Myers, FL 33966** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor agreement for OSP construction work** | |
| | State the term remaining | **On-going** | **Lamberts Cable Splicing Company LLC POB 563 Sharpsburg, NC 27878** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **OSP construction and installation services/ UG Pipe Installation** | |
| | State the term remaining | **On-going** | **Lightspeed Construction Group, LLC 14480 62nd Street N Clearwater, FL 33760** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **HAOB Horizontal Drilling, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian A. Christie** | **16586 SW 71st Terrace** **Miami, FL 33193** | **APFP Proprieties LLC** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.2 | **Brian A. Christie** | **16586 SW 71st Terrace** **Miami, FL 33193** | **Tesla Corporate Headquarters** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Otoniel A. Pinho** | **11184 NW 73rd Street** **Miami, FL 33178** | **American Express** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.4 | **Otoniel A. Pinho** | **11184 NW 73rd Street** **Miami, FL 33178** | **APFP Proprieties LLC** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **HAOB Horizontal Drilling, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$663,086.81** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$2,604,592.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$1,912,823.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor    **HAOB Horizontal Drilling, LLC**      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Bank of the West**<br>**POB 4002**<br>**Concord, CA 94524-4002** | **Last 90 days** | $5,414.74 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **LG Funding, LLC**<br>**1218 Union St**<br>**Brooklyn, NY 11225** | **Last 90 days** | $7,040.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Fox Funding Group LLC**<br>**803 S 21st Avenue**<br>**Hollywood, FL 33020** | **Last 90 days** | $10,800.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Ally**<br>**POB 380902**<br>**Minneapolis, MN 55438** | **Last 90 days** | $2,233.90 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Tesla Corporate Headquarters**<br>**3500 Deer Creek Road**<br>**Palo Alto, CA 94304** | **Last 90 days** | $7,320.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **GM Financial**<br>**POB 1510**<br>**Cockeysville, MD 21030** | **Last 90 days** | $7,831.20 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Chrysler Capital**<br>**POB 660647**<br>**Dallas, TX 75266** | **Last 90 days** | $3,493.40 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Underground Magnetics, Inc.**<br>**5401 NW  Beaver Drive**<br>**Johnston, IA 50131** | **Last 90 days** | $1,937.50 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    HAOB Horizontal Drilling, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Arvest Bank Equipment Finance**<br>**75 North East Street**<br>**Fayetteville, AR 72701** | **Last 90 days** | **$54,036.70** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10<br>. **Lakeview Village II, LLC**<br>**557 Construction Lane**<br>**Lehigh Acres, FL 33936** | **Last 90 days** | **$1,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Parking Space Rental** |
| 3.11<br>. **Brian A. Christie**<br>**16586 SW 71st Terrace**<br>**Miami, FL 33193** | **Last 90 days** | **$9,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Chrysler Capital**<br>**POB 660325**<br>**Dallas, TX 75266** | **2021 Dodge TR Ram 2500**<br>**Vin# 3C6UR5CL0MG583978** | **2023** | **$27,000.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | HAOB Horizontal Drilling, LLC | Case number *(if known)* | |
|---|---|---|---|

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Timothy S Kingcade, Esq.<br>Kingcade, Garcia, McMaken, PA<br>1370 Coral Way<br>Miami, FL 33145** | **Attorney's Fees - $33,262<br>Filing Fee - $1,738** | **07/01/2024** | **$35,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

Debtor    HAOB Horizontal Drilling, LLC                              Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **HAOB Horizontal Drilling, LLC**    Case number *(if known)*

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | **XXXX-3373** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02/02/2024** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Lehigh Truck Parking**<br>**557 Construction Lane**<br>**Lehigh Acres, FL 33936** | **Otoniel A. Pinho**<br>**11184 NW 73rd Street**<br>**Miami, FL 33178**<br><br>**Brian Christie**<br>**16586 SW 71st Terrace**<br>**Miami, FL 33193** | **Parking Space 105 and 106**<br><br>**2022 Chevy Silverado**<br>**Horizontal Drilling Machine** | ☐ No<br>☑ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Debtor | HAOB Horizontal Drilling, LLC | Case number *(if known)* | |
|---|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Genesis North America, LLC**<br>**c/o Dante Augusto Baldassari de**<br>**Carvalho**<br>**8012 NW 68th Street**<br>**Miami, FL 33166** | **557 Construction Lane**<br>**Lehigh Acres, FL 33936** | **---Trailers ($55,258.00)**<br>**2019 FELG - Vin # 04670**<br>**2020 RELC - Vin # 93024**<br>**2021 CHAL T14MV - Vin #**<br>**00720**<br>**2021 FELLING 24 FT - Vin #**<br>**03033**<br>**2021 FELLING 24 FT - Vin #**<br>**00143**<br>**---Warehouse Equipment**<br>**($588,303.34)**<br>**2021 MV800 VAC - 00884**<br>**CM TK Recon2 - 8480332**<br>**FM 13 500 Gal Tank - 01678**<br>**FM 13 Mising System - 02013**<br>**JT20 Horizontal Drill - Vin #**<br>**01130**<br>**Mag X Pro Pack - 50XF (2)** | **$643,561.34** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Blue Streak LLC**<br>**12595 SW 137 Avenue, Ste 208**<br>**Miami, FL 33186** | **557 Construction Lane**<br>**Lehigh Acres, FL 33936** | **JT20B-40 HDX Drill**<br>**FM13 Mising System 500 Gal**<br>**Marksman Locator**<br>**M17 Beacon**<br>**2021 Felling 24 ft. Trailer**<br>**2550GR GPR Unit** | **$305,900.00** |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**
**environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Debtor | HAOB Horizontal Drilling, LLC | Case number (if known) | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Victor J. Bidart**<br>**VIP Accounting & Business Consulting**<br>**6499 Powerline Road**<br>**Fort Lauderdale, FL 33309** | **2022 - 2024** |
| 26a.2. | **Sonia Tolley**<br>**A Better Tax Solutions LLC**<br>**3296 Lakeview Blvd**<br>**Delray Beach, FL 33445** | **01/01/2024 -**<br>**06/28/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Victor J. Bidart**<br>**VIP Accounting & Business Consulting**<br>**6499 Powerline Road**<br>**Fort Lauderdale, FL 33309** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Ditch Witch Financial Services**<br>**P.O. Box 7167**<br>**Pasadena, CA 91109** |
| 26d.2. | **Fox Funding Group LLC**<br>**803 S 21st Avenue**<br>**Hollywood, FL 33020** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | HAOB Horizontal Drilling, LLC | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|---|

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Otoniel A. Pinho | 11184 NW 73rd Street<br>Miami, FL 33178 | President | 67.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian A. Christie | 16586 SW 71st Terrace<br>Miami, FL 33193 | Member | 32.5% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | HAOB Horizontal Drilling, LLC | Case number *(if known)* | |
|---|---|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 19, 2024**

**/s/ Otoniel A.  Pinho**
Signature of individual signing on behalf of the debtor

**Otoniel A.  Pinho**
Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### Southern District of Florida

In re   **HAOB Horizontal Drilling, LLC** _____    Case No. _____
                                          Debtor(s)          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian A. Christie**<br>**16586 SW 71st Terrace**<br>**Miami, FL 33193** | **Common Stock** | **32.5%** | **Common Stock** |
| **Otoniel A. Pinho**<br>**11184 NW 73rd Street**<br>**Miami, FL 33178** | **Common Stock** | **67.5%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 19, 2024** _____          Signature **/s/ Otoniel A.  Pinho** _____
                                                              **Otoniel A.  Pinho**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **HAOB Horizontal Drilling, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 19, 2024**

**/s/ Otoniel A.  Pinho**

**Otoniel A.  Pinho**/President
Signer/Title

Ally
POB 380902
Minneapolis, MN 55438

Ally Bank
Attn: Bankruptcy
6985 Union Park Center #435
Midvale, UT 84047

American Express
POB 6031
Carol Stream, IL 60197-6031

Andre Costa
18357 Mowry Court
Orlando, FL 32824

APFP Proprieties LLC
828 Keaton Parkway
Ocoee, FL 34761

Bank of the West
POB 4002
Concord, CA 94524-4002

Blue Streak LLC
12595 SW 137 Avenue, Ste 208
Miami, FL 33186

Blue Streak LLC
12595 SW 137 Avenue, Ste 208
Miami, FL 33186

Blue Streak, LLC
d/b/a Blue Streak Telecommunications LLC
12595 SW 137 Avenue, Ste 208
Miami, FL 33186

Brian A. Christie
16586 SW 71st Terrace
Miami, FL 33193

Brian A. Christie
16586 SW 71st Terrace
Miami, FL 33193

```
Brian A. Christie
16586 SW 71st Terrace
Miami, FL 33193


Central Florida Expressway Authority
Violation Enforcement Section
PO Box 585070
Orlando, FL 32858


Chrysler Capital
POB 660325
Dallas, TX 75266


Chrysler Capital
POB 660647
Dallas, TX 75266


Chrysler Capital
POB 660647
Dallas, TX 75266


Chrysler Capital
POB 660325
Dallas, TX 75266


Ditch Witch Financial Services
P.O. Box 7167
Pasadena, CA 91109


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Fox Funding Group LLC
803 S 21st Avenue
Hollywood, FL 33020
```

```
Genesis North America, LLC
c/o Dante Augusto Baldassari de Carvalho
8012 NW 68th Street
Miami, FL 33166


GM Financial
POB 1510
Cockeysville, MD 21030


GM Financial
POB 1510
Cockeysville, MD 21030


GM Financial
POB 1510
Cockeysville, MD 21030


Incatatem Corporation
5225 Collins Ave #1021 &1019
Miami Beach, FL 33140


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Lakeview Village II, LLC
557 Construction Lane
Lehigh Acres, FL 33936


Lakeview Village II, LLC
6747 Plantation Manor Loop
Fort Myers, FL 33966


Lamberts Cable Splicing Company LLC
POB 563
Sharpsburg, NC 27878
```

LG Funding, LLC
1218 Union St
Brooklyn, NY 11225


Lieberman Klestzick LLP
POB 356
Cedarhurst, NY 11516


Lightspeed Construction Group, LLC
14480 62nd Street N
Clearwater, FL 33760


Linebarger Goggan Blair & Sampson LLP
5850 T. G. Lee Boulevard, Suite 310
Orlando, FL 32822-4409


Magic 10X LLC
c/o Alexandre Franklin Bueno
828 Keaton Parkway
Ocoee, FL 34761


Midway Drive, LLC
48 Sharon Circle
Osterville, MA 02655


Oakwell Investments Inc.
c/o The Corporate Secretary Limited
Whitepark House
Whitepark Road, Bridgetown, Barbados
Barbados


Otoniel A. Pinho
11184 NW 73rd Street
Miami, FL 33178


Otoniel A. Pinho
11184 NW 73rd Street
Miami, FL 33178


Sunpass
c/o Florida Department of Transportation
P.O. Box 31241
Tampa, FL 33631

```
Sunpass
c/o Florida Department of Transportation
P.O. Box 31241
Tampa, FL 33631


Sunpass
c/o Florida Department of Transportation
P.O. Box 31241
Tampa, FL 33631


Sunpass
c/o Florida Department of Transportation
P.O. Box 31241
Tampa, FL 33631


Sunpass
c/o Florida Department of Transportation
P.O. Box 31241
Tampa, FL 33631


Sunpass
c/o Florida Department of Transportation
P.O. Box 31241
Tampa, FL 33631


Tampa-Hillsborough Expressway Authority
P.O. Box 947460
Atlanta, GA 30394


Teletrac Navman
310 Commerce, Ste 100
Irvine, CA 92602


Tesla Corporate Headquarters
3500 Deer Creek Road
Palo Alto, CA 94304


Underground Magnetics, Inc.
5401 NW Beaver Drive
Johnston, IA 50131
```